THE STATE OF IOWA, Appellee, v. J. T. McINTOSH, Appellant.

Appeal: NOTICE: TRANSCRIPT.

*Appeal from Pottawattamie District Court.*—HON. N. W. MACY, Judge.

WEDNESDAY, OCTOBER 7, 1891.

THE defendant was charged with the crime of obtaining property by means of false pretenses, tried by jury, found guilty, and adjudged to be imprisoned in the penitentiary at Ft. Madison, at hard labor, for the term of one year; from which judgment he appeals.—*Dismissed.*

No appearance for either party.

ROBINSON, J —This case is submitted to us on a voluminous transcript of the record. We have examined it with care, but are unable to find any evidence that an appeal has been taken. The case is, therefore, DISMISSED.

––––––––––

THE STATE OF IOWA, Appellee, v. B. M. GRAVES, Appellant.

Liquor Nuisance: VERDICT: APPEAL.

*Appeal from Polk District Court.*—HON. MARCUS KAVANAGH, JR., Judge.

THURSDAY, OCTOBER 8, 1891.

INDICTMENT for nuisance in maintaining a place for the keeping and selling of intoxicating liquors in violation of law. From a judgment imposing a fine of three hundred dollars and costs, the defendant appeals. *Affirmed.*

No appearance for either party.

GRANGER, J.—The cause is submitted on a partial transcript, which, upon examination, discloses no error against the defendant, and the judgment of the district court is AFFIRMED.